PAUL ALSTON                    1126
GLENN T. MELCHINGER    7135

DENTONS US LLP
1001 Bishop Street, Suite 1800
Honolulu, Hawai`i  96813-3689
Telephone:  (808) 524-1800
Facsimile:  (808) 524-4591
Email:  paul.alston@dentons.com
             glenn.melchinger@dentons.com

Attorneys for Plaintiffs
ZURU INC. and  ZURU (SINGAPORE) PTE LTD.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| ZURU INC. and ZURU (SINGAPORE) PTE LTD.,<br><br>        Plaintiffs,<br><br>  vs.<br><br>THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A HERETO,<br><br>        Defendants. | Case No. CV 20-00564 LEK-KJM<br><br>**ORDER GRANTING IN PART THE *EX PARTE MOTION FOR ENTRY OF TEMPORARY RESTRAINING ORDER, TEMPORARY TRANSFER OF DEFENDANT DOMAINS, TEMPORARY ASSET RESTRAINT, EXPEDITED DISCOVERY, AND ELECTRONIC SERVICE OF PROCESS/PUBLICATION* REGARDING EARLY DISCOVERY**<br><br>[ECF Nos. 9, 19] |

**ORDER GRANTING IN PART THE *EX PARTE MOTION FOR ENTRY OF TEMPORARY RESTRAINING ORDER, TEMPORARY TRANSFER OF DEFENDANT DOMAINS, TEMPORARY ASSET RESTRAINT, EXPEDITED DISCOVERY, AND ELECTRONIC SERVICE OF PROCESS/PUBLICATION REGARDING EARLY DISCOVERY***

Upon consideration of the *Ex Parte Motion for Entry of Temporary Restraining Order, Temporary Transfer of Defendant Domains, Temporary Asset Restraint, Expedited Discovery, and Electronic Service of Process/Publication* ("*Ex Parte* Motion") filed on December 21, 2020 (ECF 9), and pursuant to Section II of the EO filed on January 8, 2021 (ECF 19), the files and records herein, and good cause appearing therefor,

IT IS HEREBY ORDERED that the *Ex Parte* Motion is GRANTED in part. Plaintiffs are hereby permitted to conduct early discovery regarding identifying facts necessary to permit service on the Defendants' listed in Schedule A, including without limitation, discovery of contact information including email addresses, URLs for any related electronic storefronts, and other information reasonably calculated to permit service on the Defendants, including information held by the online marketplaces reflected in the sealed Schedule A URLs.

The Court reserves ruling on the remaining portions of Plaintiffs' request for leave to conduct early discovery, including financial account information, until after review of Plaintiffs' supplemental memorandum regarding personal jurisdiction (ECF 20).

Dated: Honolulu, Hawai`i, January 19, 2021.



/s/ Leslie E. Kobayashi
Leslie E. Kobayashi
United States District Judge

ORDER GRANTING IN PART THE EX PARTE MOTION FOR ENTRY OF TEMPORARY RESTRAINING ORDER, TEMPORARY TRANSFER OF DEFENDANT DOMAINS, TEMPORARY ASSET RESTRAINT, EXPEDITED DISCOVERY, AND ELECTRONIC SERVICE OF PROCESS/PUBLICATION REGARDING EARLY DISCOVERY, *Zuru Inc., et al. v. The Individuals, et al.*, Case No. CV 20 00564 LEK KJM