PAUL ALSTON             1126
GLENN T. MELCHINGER     7135

DENTONS US LLP
1001 Bishop Street, Suite 1800
Honolulu, Hawai`i  96813-3689
Telephone:  (808) 524-1800
Facsimile:  (808) 524-4591
Email:  paul.alston@dentons.com
        glenn.melchinger@dentons.com

Attorneys for Plaintiffs
ZURU INC. and ZURU (SINGAPORE) PTE LTD.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| ZURU INC. and ZURU (SINGAPORE) PTE LTD.,<br><br>Plaintiffs,<br><br>vs.<br><br>THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A HERETO,<br><br>Defendants. | Case No.  CV 20-00564 LEK-KJM<br><br>**PLAINTIFFS' NOTICE OF DISMISSAL WITHOUT PREJUDICE OF ALL CLAIMS AND PARTIES, AND ORDER** |

## PLAINTIFFS' NOTICE OF DISMISSAL WITHOUT PREJUDICE
## OF ALL CLAIMS AND PARTIES, AND ORDER

Plaintiffs ZURU INC. and ZURU (SINGAPORE) PTE LTD. by and through its attorneys, Dentons US LLP, files this *Notice of Dismissal Without Prejudice as to All Claims and Parties*, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure in this action. All appearing parties shall bear their own fees and costs. Defendants THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A HERETO have never appeared in this action. No motion for summary judgment has been filed.

Dated: Honolulu, Hawai`i, March 15, 2021.

      /s/ Glenn T. Melchinger
PAUL ALSTON
GLENN T. MELCHINGER

Attorneys for Plaintiffs
Zuru Inc. and Zuru (Singapore) PTE, Ltd.

APPROVED AS TO FORM:



/s/ Leslie E. Kobayashi
Leslie E. Kobayashi
United States District Judge

*Zuru Inc. and Zuru (Singapore) PTE Ltd. v. The Individuals, Corporations, Limited Liability Companies, Partnerships, and Unincorporated Associations Identified on Schedule A Hereto,* Case No. CV 20-00564 LEK-KJM

15805700\000002\116843981\V-1